UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GLORIA M. GONZALEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 3:21-cv-2989** |
| **REGAL IDEAS, INC.,** | § | |
| **TELESTEPS LADDERS, INC.,** | § | |
| **TELESTEPS; and** | § | |
| **TELESTEPS LADDERS,** | § | |
| | § | |
| **Defendants.** | § | |

---

# PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

---

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.I(c), LR 3.2(e), LR 7.4, LR 81.1 (a)(4)(D), and LR 81.2, now comes GLORIA GONZALEZ, Plaintiff, and provides the following information:

## I.
## Certificate of Interested Persons

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. Plaintiff Gloria M. Gonzalez
By and through her attorneys of record,
JESSE J LOTSPEICH and LUKE A. WILLIAMS
209 W 8th Street
Fort Worth, Texas 76102
P: (817) 993-9249
F: (817) 697-4388
E: records@bhwlawfirm.com

**Financial Interest** – Plaintiff seeks damages in this action

2. Defendant Regal Ideas, Inc.
By and through its attorney of record,
DYLAN SAVAGE
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
P: (214) 871-2100
F: 214) 871-2111
E: dsavage@qslwm.com

**Financial Interest** – Defendant

3. Defendant Telesteps Ladders, Inc.
By and through its attorney of record,
DYLAN SAVAGE
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
P: (214) 871-2100
F: 214) 871-2111
E: dsavage@qslwm.com

**Financial Interest** – Defendant

4. Broadspire® A Crawford Co.
Dejuana McCoy
P.O. Box 14645
Lexington, KY 40512
P: (800) 627- 7358

**Financial Interest** – Plaintiff's workers compensation carrier; maintains a lien for benefits paid as a result of the incident at issue and injuries suffered by Plaintiff.

Respectfully submitted,

*/s/ Jesse J Lotspeich*

**JESSE J. LOTSPEICH**
Texas State Bar No. 24050954
**Application for Admission to the Bar of the United States District Court for the Northern District of Texas Pending*

*/s/ Luke A. Williams*
**LUKE A. WILLIAMS**
Texas State Bar No. 24047271

**Barnett Howard & Williams PLLC**
209 W. 8th Street
P: (817) 993-9249
F: (817) 697-4388
E: jesse@bhwlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On December 8, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jesse J Lotspeich*
JESSE J LOTSPEICH